Anthony WASHINGTON, Plaintiff—Appellant,

v.

Rufus FLEMING, Regional Director; J. Halsey Harris, Regional Obudsman; Eddie L. Pearson, Chief Warden; David B. Everett, Assistant Warden of Operation and Security; Jamilla F. Burney, Assistant Warden of Housing and Programs; Rick E. White, Senior Counselor; Michael Shawn Edwards, Chaplin; Rufus C. Robinson, Unit Manager; L. Murphy, Grievance Coordinator; Sergeant Parham, Correctional Officer; Mr. Appel, Registered Nurse; Lieutenant Hamlette; John Doe, IV; Officer Kelly; Sergeant Tischler, Defendants—Appellees.

No. 05–6538.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 25, 2005.

Anthony Washington, Appellant Pro Se. John David McChesney, Rawls & NcNelis, PC, Richmond, Virginia; William W. Muse, Assistant Attorney General, Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Washington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Washington v. Fleming*, No. CA–02–778–2 (E.D. Va. filed Mar. 17, 2005 & entered Mar. 21, 2005). We deny Washington's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*